IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICKY MILLER, | |
| Plaintiff, | CIVIL ACTION NO. 3:14-CV-1372 |
| v. | (JUDGE CAPUTO) |
| KEVIN BRADFORD, *et al.*, | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

### ORDER

**NOW**, this 4th day of September, 2014, upon review of the Report and Recommendation of Magistrate Judge Carlson (Doc. 7) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 7) is **ADOPTED.**

(2) Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **GRANTED**.

(3) The Complaint (Doc. 1) is **DISMISSED without prejudice** to Plaintiff filing an amended complaint to cure the defects identified in the Report and Recommendation within **twenty-one (21) days** from the date of entry of this Order.

(4) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge